**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HOLLIS CARE GROUP, INC., et al.,

                Plaintiffs,

-against-                            19 **CIVIL** 5695 (JMF)

                                      **JUDGMENT**

SMALL BUSINESS ADNINISTRATION, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 18, 2020, Defendants' motion to dismiss is granted for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, and Plaintiffs' complaint is dismissed in its entirety; the court need not and does not consider Defendants' other arguments for dismissal; accordingly, the case is closed.

**Dated:**  New York, New York

     May 19, 2020

                                                              **RUBY J. KRAJICK**
                                                              _____
                                                              **Clerk of Court**
                                **BY:**
                                                              _____
                                                              **Deputy Clerk**